LARKIN, Respondent, v. CORTLAND COUNTY TRACTION CO., Appellant. (Supreme Court, Appellate Division, Third Department. June 18, 1908.) Action by Mary A. Larkin against the Cortland County Traction Company. No opinion. Judgment and order unanimously affirmed, with costs.

LATASA, Respondent, v. CONROY, Appellant, et al. (Supreme Court, Appellate Division, First Department. June 26, 1908.) Action by Canuto H. Latasa against Edward H. Conroy, impleaded with others. E. J. Bernheimer, for appellant. J. Goode, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

LAWYER, Respondent, v. LAWYER et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 29, 1908.) Action by Aurelia Lawyer against George A. Lawyer and others.
PER CURIAM. Motion to dismiss appeal denied, without costs. *Held*, that no relief can be granted here, under general rule 41, until the case and exceptions are settled and filed, or have, by order of the Special Term, been declared abandoned.

LAYTON, Respondent, v. ST. JOHN et al., Appellants. (Supreme Court, Appellate Division, First Department. June 19, 1908.) Action by Edward A. Layton against Henry A. St. John and others. M. A. Tyng, for appellants. R. S. Ransom, for respondent.
PER CURIAM. Order affirmed, with costs, on opinion on former appeal. 111 App. Div. 842, 98 N. Y. Supp. 72. Order filed.

LAYTON, Respondent, v. ST. JOHN et al., Appellants. (Supreme Court, Appellate Division, First Department. June 19, 1908.) Action by Edward A. Layton against Henry A. St. John and others. No opinion. Judgment affirmed, with costs. Order filed.

LEBER, v. BRAND. (Supreme Court, Appellate Division, Second Department. June 5, 1908.) Action by Edward Leber against Leopold Brand. No opinion. Motion denied.

LEHMAN, Respondent, v. ROSENBERG, Appellant. (Supreme Court, Appellate Division, Second Department. June 12, 1908.) Action by Herman Lehman against Sam Rosenberg. No opinion. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, on the ground that the decision of the Municipal Court is against the weight of evidence.

LENNEY, Respondent, v. SUFFOLK ENGRAVING & ELECTROTYPING CO. OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. June 5, 1908.) Action by James C. Lenney against the Suffolk Engraving & Electrotyping Company of New York. No opinion. Judgment and order unanimously affirmed, with costs.

LESNOFF v. GLUCK et al. (Supreme Court, Appellate Division, Second Department. June 29, 1908.) Action by Harry Lesnoff against Samuel Gluck and another. No opinion. Judgment of the Municipal Court affirmed, with costs.

LEVENSON et al. v. J. & R. LAMB. (Supreme Court, Appellate Division, First Department. June 12, 1908.) Action by Morris Levenson and others against J. & R. Lamb, a corporation. No opinion. Motion granted, with $10 costs. Order filed.

LEVY v. STARACE et al. (Supreme Court, Appellate Division, First Department. June 26, 1908.) Action by Louis E. Levy against Achille Starace, as receiver, etc., impleaded with Jacob Bloch and others. From an order denying a motion for a receiver of the rents and profits of certain premises, plaintiff appeals. Order modified and affirmed. William Victor Goldberg, for appellant. Sidney Rosenbaum, for respondent.
PER CURIAM. The order should be modified, by giving leave to the appellant to renew the motion after obtaining the consent of the United States District Court to an application for the apointment of a receiver of the rents and profits of the property involved in this action, and, as so modified, affirmed, without costs.

LIDZY, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 7, 1908.) Action by Rita Lidzy, as administratrix, etc., against the New York Central & Hudson River Railroad Company.
PER CURIAM. Judgment reversed; and new trial ordered, with costs to appellant to abide event. *Held*, that as matter of law plaintiff's intestate assumed the risk and was guilty of contributory negligence.
McLENNAN, P. J., and SPRING, J., dissent.

LILIENTHAL et al., Respondents, v. GERMAN–AMERICAN BREWING CO., Appellant. (Supreme Court, Appellate Division, First Department. July 8, 1908.) Action by Albert Lilienthal and another against the German-American Brewing Company. C. Newton, for appellant. C. W. Coleman, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed. See 106 N. Y. Supp. 402.

In re LOCKITT. (Supreme Court, Appellate Division, Second Department. June 18, 1908.) In the matter of the application of Clement Lockitt for a peremptory writ of mandamus, etc. No opinion. Order affirmed, with $10 costs and disbursements.

LOEB et al., Appellants, v. SUPREME LODGE, ROYAL ARCANUM, Respondent. (Supreme Court, Appellate Division, First Department. June 19, 1908.) Action by Carrie Loeb and another against the Supreme Lodge,